FILED
April 3, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: CO
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**NATASHA BANKS BROWN**

**Defendant.**

**Case No: SA:24-CR-00169-OLG**

**<u>INDICTMENT</u>**

**COUNTS 1-11: 26 U.S.C. § 7206(2) – Aiding and assisting in the preparation and presentation of false and fraudulent tax returns, statements, or other documents**

**THE GRAND JURY CHARGES:**

At all times material to this Indictment, unless otherwise specified:

**Tax Background and Parties**

1. An IRS Form 1040, United States Individual Income Tax Return, is used by United States taxpayers to file an annual income tax return. Individual taxpayers are required to complete and submit a Form 1040 to the Internal Revenue Service annually.

2. Schedule A, Itemized Deductions, is used by taxpayers to report itemized deductions and is attached to the taxpayer's Form 1040 income tax return.

3. Schedule C, Profit or Loss from Business, is used by taxpayers to report income or loss from a sole proprietorship and is attached to the taxpayer's Form 1040 income tax return.

4. Schedule E, Supplemental Income and Loss, is used by taxpayers to report items such as income and loss from rental real estate and is attached to the taxpayer's Form 1040 income tax return.

5. From at least on or about January 1, 2018, through at least on or about April 15, 2021, within the Western District of Texas, defendant NATASHA BANKS BROWN prepared tax returns for clients who paid her to prepare their tax returns.

6. During this time period, defendant NATASHA BANKS BROWN operated a tax preparation service – Tasha's Total Tax Service – that prepared tax returns for clients. This business was located within San Antonio, Texas and within the Western District of Texas.

## COUNTS ONE THROUGH ELEVEN
**Aiding and Assisting in Preparation of False Tax Returns**
**[26 U.S.C. § 7206(2)]**

7. Between on or about January 1, 2018, through at least on or about April 15, 2021, in the Western District of Texas, defendant

NATASHA BANKS BROWN

willfully aided and assisted in, and procured, counseled, and advised the preparation of Forms 1040 for taxpayers, identified in the table below by their initials and tax years, which were false and fraudulent as to material matters, including, but not limited to, those described below:

| Count | Taxpayer | Tax Year | Form | Section Containing Falsity |
|---|---|---|---|---|
| 1 | Taxpayer 1 (KH and CH) | 2018 | 1040 | a. Schedule C, Profit or Loss from Business |
| 2 | Taxpayer 1 (KH and CH) | 2019 | 1040 | a. Schedule C, Profit or Loss from Business |
| 3 | Taxpayer 2 (MM and YM) | 2018 | 1040 | a. Schedule C, Profit or Loss from Business |
| 4 | Taxpayer 2 (MM and YM) | 2019 | 1040 | a. Schedule C, Profit or Loss from Business<br>b. Line 18c, American opportunity credit from Form 8863, Line 8 |
| 5 | Taxpayer 2 (MM and YM) | 2020 | 1040 | a. Schedule C, Profit or Loss from Business<br>b. Line 29, American opportunity credit from Form 8863, Line 8 |

| | | | | |
|---|---|---|---|---|
| 6 | Taxpayer 3 (GS and GS) | 2017 | 1040 | a. Schedule A, Itemized Deductions, Line 29<br>b. Line 50, Education Credits from Form 8863, Line 19<br>c. Line 68, American opportunity credit from Form 8863, line 8 |
| 7 | Taxpayer 3 (GS and GS) | 2018 | 1040 | a. Schedule C, Profit or Loss from Business<br>b. Schedule 3, Nonrefundable Credits, Line 50 from Form 8863<br>c. Line 17c, American opportunity credit from Form 8863, line 8 |
| 8 | Taxpayer 3 (GS and GS) | 2019 | 1040 | a. Schedule C, Profit or Loss from Business<br>b. Schedule 3, Nonrefundable Credits, Line 50 from Form 8863<br>c. Line 18c, American opportunity credit from Form 8863, line 8 |
| 9 | Taxpayer 4 (JW and CW) | 2018 | 1040 | a. Schedule C, Profit or Loss from Business |
| 10 | Taxpayer 4 (JW and CW) | 2019 | 1040 | a. Schedule C, Profit or Loss from Business<br>b. Schedule A, Itemized Deductions, Line 17 |
| 11 | Taxpayer 4 (JW and CW) | 2020 | 1040 | a. Schedule A, Itemized Deductions, Line 17 |

All in violation of Title 26, United States Code, Section 7206(2).

[redacted]

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: ______________________
JUSTIN CHUNG
Assistant United States Attorney